# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

                    **Plaintiff,**

**-vs-**                                                        **Case No.   CR-3-04-003**

**DWAINE LAMAR WRIGHT**

                    **Defendant.**

---

## ENTRY AND ORDER DENYING DEFENDANT'S MOTION
## TO RECONSIDER JUDGMENT (DOC. #129)

---

This matter came before the Court pursuant to Defendant Dwaine LaMar Wright's Motion to Reconsider Judgment (Doc. #129) filed October 19, 2007.  Said Motion moved the Court to reconsider its Judgment (Doc. #126) filed in this criminal case specifically setting forth its reasoning as to the objections contained in Defendant's Amended Objections to Presentence Investigation Report (Doc. #103).

The Court having reviewed these objections asserted finds that it has previously addressed the objections contained in said pleading (Doc. #103) that were directed at paragraphs 19-24, 27, 28, 36, 37, 44 and 96 of Defendant's Presentence Report and Recommendations.  These objections were addressed in the Statement of Reasons (Doc. #127) and Findings in Support of Judgment in a Criminal Case (Doc. #128) filed simultaneously with the Judgment.

The remaining objections asserted in the Objections to Presentence Investigation Report (Doc. #103), specifically directed at paragraphs 8, 75 and 82 were reviewed and determined to be irrelevant to the Defendant's disposition determinations.


THEREFORE, the Court DENIES Defendant's Motion for Reconsideration.

IT IS SO ORDERED.

October 23, 2007                                    **s/THOMAS M. ROSE**

_____

JUDGE THOMAS M. ROSE
United States District Court